THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* ABINO, DEFEND-
ANT AND APPELLANT.

APPEAL from the District Court of Ponce in a Prosecution
for Aggravated Assault and Battery.

No. 698.—Decided July 30, 1914.

AGGRAVATED ASSAULT AND BATTERY—MOTION TO QUASH—EVIDENCE.—After considering the evidence admitted in this case it was held that it was sufficient to show the commission of the crime charged in the information, and that therefore the court did not err in overruling the motion to quash made by the accused.

EVIDENCE—FINDING OF TRIAL COURT—PASSION, PREJUDICE, OR PARTIALITY.—
When the evidence is contradictory the weight given thereto by the trial
court will not be disturbed unless it is shown that the said court was influ-
enced by passion, prejudice, or partiality, or committed manifest error.

The facts are stated in the opinion.

*Mr. Jaime Sifre, Jr.,* acting *fiscal,* for The People.

The appellant did not appear.

MR. JUSTICE DEL TORO delivered the opinion of the court.

This is an appeal from a judgment of the District Court
of Ponce convicting the appellant, Ramón Abino Camacho,
of aggravated assault and battery and sentencing him to pay
a fine of $60 or in default of its payment to be imprisoned
for 60 days.

Besides the information, the defendant's plea, the judg-
ment and the notice of appeal, the transcript of the record
contains a bill of exceptions and a statement of the case.
The bill of exceptions shows only that after the examination
of the evidence for the prosecution the defendant made a
motion for "nonsuit," which motion was overruled by the
court and the accused excepted to the ruling. The state-
ment of the case shows all the evidence introduced both by
the prosecution and by the defense.

We have examined the evidence, and from that introduced
by the prosecution it appears that in Ponce on the night of
November 5, 1913, the accused, an adult male, wilfully, ille-
gally and maliciously assaulted and struck a woman with a
club, inflicting various bruises. The evidence for the defense
tends to show that the incident was due solely to the provo-
cation which the accused received from the woman and that
he did not inflict any wound upon her.

In the first place, we will say that the evidence for the
prosecution was sufficient to prove the commission of the
crime charged in the information and that, therefore, the
district court did not err in overruling the motion for "non-
suit" referred to in the bill of exceptions. In the second

place, we will say that an examination of all the evidence introduced by both parties shows that it was contradictory, and as the conflict was decided by the trial court against the accused and it is not shown that the court was influenced by passion, prejudice, or partiality, or that it committed any manifest error, we must accept its finding as just and proper in this case.

The judgment appealed from should be affirmed.

*Affirmed.*

Chief Justice Hernández and Justices Wolf, Aldrey, and Hutchison concurred.